UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**                                                  Case No. 1:18-cr-10082

**SEAN MADISON KILGORE,**

    **Defendant.**

---

### ORDER ON MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS
---

This matter came to be heard before the Court upon a Motion to Continue Suppression Hearing, and without opposition of the Government, the motion is well taken and is hereby granted.

Counsel shall have twenty (20) days from the date of entry of this order to notify the Court if the defendant intends to pursue the motion to suppress or not.

                                                s/ S. Thomas Anderson
                                                CHIEF UNITED STATES DISTRICT JUDGE

                                                DATE:  June 13, 2019